136 A.3d 934

IN THE MATTER OF DENNIS M. BAPTISTA,
A JUDGE OF THE MUNICIPAL COURT.

May 19, 2016.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **DENNIS M. BAPTISTA,** Judge of the Municipal Court of the Town of Phillipsburg, be censured for violating *Canon* 1 (a judge should maintain high standards of conduct so the integrity and independence of the judiciary are preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 2B (a judge should not lend the prestige of the judicial office to advance private interests) of the *Code of Judicial Conduct;*

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And the Court having determined that respondent shall not resume hearing matters with charges of driving while intoxicated (DWI) for a period of one year after the filing date of this Order;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted, and **DENNIS M. BAPTISTA,** Judge of the Municipal Court for the Town of Phillipsburg, is hereby censured; and it is further

ORDERED that respondent shall not hear any DWI matters for a period one year after the filing date of this Order.